IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: TANYA KREBS          CHAPTER 7 CASE NUMBER 21-50698-KMS

## MOTION TO APPROVE AGREED ORDER

Comes now, **First Consumers Financial**, by and through its undersigned attorney, William P. Wessler, and move the Court to approve the agreed order attached hereto which provides for abandonment of the Debtor's **2007 Ford F-150,** more particularly described in the exhibits attached hereto and for relief from stay to allow the Creditor to take possession of, and to dispose of, said property. It is not believed there is any equity in the property for the benefit of unsecured creditors.

RESPECTFULLY SUBMITTED this the 20th day of October, 2021

/s/ *William P. Wessler*
ATTORNEY FOR CREDITOR

Wessler Law Firm
William P. Wessler, MSB # 7110
W. Gerry Wessler, MSB # 104492
P.O. Box 175
Gulfport, MS 39502
Phone: (228) 863-3686
Fax: (228) 863-7877
Attorneys for Creditor

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing (NEF) through ECF to all counsel of record.

SO CERTIFIED, this the 20th day of October, 2021.

/s/ *William P. Wessler*

# CERTIFICATE OF TITLE

Form # 79-001

**STATE OF MISSISSIPPI** — ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1FTPW12V27FB42109 | FORD | 2007 | F150 | PK | MS1904225280 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 07/09/2019 | | 8 | USED | PU | EXEMPT |

**OWNER(S)**
KREBS, TANYA
1046 CAMP AVE
GULFPORT MS 39501-2420

BRANDS

**1ST LIENHOLDER**
FIRST CONSUMERS FINANCIAL
2210 PASS RD STE A
GULFPORT MS 39501-4905

DATE: 06/04/2019

**2ND LIENHOLDER**

DATE:

**MAIL TO**
FIRST CONSUMERS FINANCIAL
2210 PASS RD STE A
GULFPORT MS 39501-4905

T2

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
         (LIENHOLDER)            (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20___

2ND LIEN _____ BY _____
         (LIENHOLDER)            (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20___

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS
THE 9TH DAY OF JULY 2019

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER
O 0248372D

MISSISSIPPI DEPARTMENT OF REVENUE
*Herb Frierson*

VOID IF ALTERED

# DISCLOSURE STATEMENT, PROMISSORY NOTE AND SECURITY AGREEMENT

**LENDER - SECURED PARTY**
FIRST CONSUMERS FINANCIAL OF GULFPORT
2210 Pass Road Suite A
Gulfport, MS 39501

ACCOUNT NO. ▇▇17
DATE OF LOAN: 11/27/20

| ANNUAL PERCENTAGE RATE — The cost of my credit as a yearly rate. | Total of Payments — The amount I will have paid after I have made all payments as scheduled. | FINANCE CHARGE — The dollar amount the credit will cost me. | Amount Financed — The amount of Credit provided to me or on my behalf. |
|---|---|---|---|
| 40.54 % | $ 4545.18 | $ 1210.92 | $ 3334.26 |

**MY PAYMENT SCHEDULE WILL BE: MONTHLY**

| NUMBER OF PAYMENTS | AMOUNT OF FIRST PAYMENT | FIRST PAYMENT DUE DATE | OTHER PAYMENTS DUE SAME DAY OF EACH SUCCEEDING MONTH | AMOUNT OF OTHER PAYMENTS | FINAL PAYMENT DUE DATE |
|---|---|---|---|---|---|
| 18 | $ 252.51 | 1/05/21 | | $ 252.51 | 6/05/22 |

| PROPERTY INS. | AUTO INS. |
|---|---|
| $ 0.00 | $ 446.25 |

**Security:** I am giving you a security interest in:
- Certain [X] Household Goods [X] Motor Vehicle [ ] Goods or Property being purchased
- [ ] Real Estate [X] Collateral securing other loan may also secure this loan
- [ ] Other (describe) _____ [ ] This loan is unsecured

**Late Charge:** [X] If payment is more than 15 days late, I will be charged $5.00 or 4.00 % of the delinquent amount, whichever is greater, but not to exceed $50.00.

**Prepayment:** [X] If I pay off early, I may be entitled to a refund of part of the finance charge.
[ ] If I pay off early, I may have to pay a penalty.

I must see my contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**NAMES AND ADDRESSES OF ALL BORROWERS:**
TANYA SUE KREBS
1046 CAMP AVE
GULFPORT, MS 39501

S.S. NO. xxx-xx-5310    DOB 10/12/76    AGE 44

S.S. NO. _____    DOB _____    AGE ____

DOB _____

**ITEMIZATION OF THE AMOUNT FINANCED OF** .......... $ 3334.26

**AMOUNT PAID TO OTHERS ON MY BEHALF:**

To Credit Life Ins. Premium
[X] Level [ ] Decreasing
[X] Single [ ] Joint .......... $ 110.68

To Credit Disability Ins. Premium .......... $ 172.72
[X] 14 Day [ ] 30 Day [X] Retro [ ] Non-Retro

To Property Insurance Premium
[ ] Single Int. [ ] Dual Int. .......... $ 0.00
[X] Single Int. Auto .......... $ 446.25

To Public Officials .......... $ 0.00
To Title Search .......... $ 0.00
To AMERICAN NATIONAL .......... $ 446.25
To LIBERTY MOTOR CLUB .......... $ 180.00
To Other Creditors .......... $
.......... $
.......... $
.......... $
.......... $

**TOTAL PAID TO OTHERS** .......... $ 909.65

Balance on Former Account
LESS No. _____ .......... $
REFUNDS Finance Charge .......... $ 65.31
Credit Life Ins. .......... $ 10.85
Disability Ins. .......... $ 13.52
Property Insurance .......... $ 11.62
S.I. Auto Ins. .......... $ 0.00
Net Balance .......... $ 101.30

Amount Paid On My Account .......... $ 2024.61
Amount Given To Me Directly .......... $ 400.00
Prepaid Finance Charge (Closing Fee) .......... $ 181.81
State Interest Charge .......... $ 1029.11

The Loan Contract Rate is 33.28 % per annum

**Insurance:** Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost. Insurance, if provided, is for the term of the contract.

| TYPE | PREMIUM | SIGNATURE |
|---|---|---|
| Single Credit Life [X] Level [ ] Decreasing | $ 110.68 | [X] do [ ] do not want Single Credit Life Insurance  SIGNATURE: /s/ |
| Joint Credit Life [ ] Level [ ] Decreasing | $ | We [ ] do [ ] do not want Joint Credit Life Insurance  SIGNATURE: _____  SIGNATURE: _____ |
| Credit Disability | $ 172.72 | [X] do [ ] do not want Credit Disability Insurance  SIGNATURE: /s/ |

I may obtain required property insurance from anyone I want that is acceptable to you. If I obtain insurance from you the cost will be as follows:

Single Int. Auto for a term of 0 mos. $ 446.25
Single/Dual Int. Prop. for a term of ____ mos. $ 0.00
(Borrower(s) Initial appropriate box)
[ ] I want Single Interest Property Insurance
[ ] I want Dual Intrest Property Insurance
I/We warrant that the value of the collateral on this transaction is .......... $ 0.00

As stated above "I", "Me", or "My" means all Borrowers, and "You" means the Lender named above.

## PROMISSORY NOTE

FOR VALUE RECEIVED: Borrower promises to pay to the order of Lender named above, at its office, and subject to the terms hereof the Total of Payments as stated above in consecutive monthly installments as stated as beginning on the due date for the first payment stated above and continuing on the same day of each succeeding month thereafter until fully paid. No exceptions, renewal, or other indulgence by the Lender shall release the Borrower. Borrower waives protest. Borrower includes all persons singing below, each of whom shall be jointly and severally liable herein. All provisions set out above are incorporated in this Note by reference as though fully set out herein. Borrower agrees to pay a closing fee as follows:

a. For loans in the amount of Ten Thousand Dollars ($10,000.00) or less, four percent (4%) of the total payments due on the loan or Twenty-Five Dollars ($25.00), whichever is greater.
b. For loans in an amount greater than Ten Thousand Dollars ($10,000.00), a maximum charge of Five Hundred Dollars ($500.00).

REBATE FOR PREPAYMENT: Prepayment may be made in full or in part at any time. If this loan is prepaid in full, Borrower will receive a refund of the unearned portion of the Finance Charge (less Prepaid Finance Charge) calculated in accordance with the rule of 78's based upon months prepaid determined as described hereafter The number of months and days used from the date the loan was made to the date of prepayment plus 20 days will be the number of months and days earned. If the days earned in excess of whole months total 15 or less, they shall be disregarded. If the days earned in excess of whole months total 16 or more they shall be considered an additional month earned. No rebate less than $1.00 is required. The Finance Charge for the purposes of the Mississippi Code is the Finance Charge disclosed above less the amount shown as Prepaid Finance Charge.

APPLIES TO SECTION 32 REAL ESTATE LOANS ONLY: If prepayment is a result of refinancing, the finance charge will be computed using the actuarial method. If the within named customer's debt ratio (income to monthly payments) exceeds 50% on the date of this loan, no prepayment penalty will be collected and the finance charge refunded will be computed using the actuarial method.

PREPAYMENT PENALTY: If this loan is secured by a Deed of Trust on real Property, and is prepaid during the first year the penalty for prepayment shall be 5% of the unpaid principal balance; if prepaid during the second year the penalty shall be 4% of the unpaid principal balance; If prepaid during the third year the penalty shall be 3% of the unpaid principal balance; If prepaid during the fourth year the penalty shall be 2% of the unpaid principal balance; If prepaid during the fifth year the penalty shall be 1% of the unpaid principal balance. If the within named customer's debt ratio (income to monthly payments) exceeds 50% on the date of this loan, no prepayment penalty will be collected and the finance charge refund will be computed using the actuarial method.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE: TANYA KREBS            CHAPTER 7 CASE NUMBER 21-50698-KMS

### AGREED ORDER

THIS MATTER, having come on for consideration on motion filed by **First Consumers Financial** to approve agreed order (**dkt #** \_\_\_\_) and the Court being advised that the Debtor and the Trustee agree to the relief requested, and based on the representations made in the motion, the Court finds that the motion is well taken and should be granted; it is therefore:

ORDERED, ADJUDGED AND DECREED that the Motion to Approve Agreed Order be, and the same is, hereby granted; that the subject property, one **2007 Ford F-150**, is abandoned from the bankruptcy estate and the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated with respect to said property (particularly described in the attached Certificate of Title); it is further

ORDERED, ADJUDGED AND DECREED that this order shall be immediately enforceable, and the provisions of rule 4001 (a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply to this order.

***END OF ORDER***

APPROVED AS TO FORM AND CONTENT:


s/ *William P. Wessler*
ATTORNEY FOR CREDITOR


/s/ T. C. Rollins, Jr. ESQ.
ATTORNEY FOR DEBTOR

*See Attached*
WARREN A. CUNTZ, JR. TRUSTEE


*Prepared and Submitted by:
William P. Wessler
W. Gerry Wessler
Attorneys for Creditor
1624 24th Avenue
Gulfport, Mississippi 39501
(228) 863-3686
william@wesslerbankruptcy.com

APPROVED AS TO FORM AND CONTENT:

s/ *William P. Wessler*
ATTORNEY FOR CREDITOR


_____
T. C. Rollins, Jr. ESQ.
ATTORNEY FOR DEBTOR

/s/ *Phillip Brent Dunnaway*
WARREN A. CUNTZ, JR. TRUSTEE


*Prepared and Submitted by:
William P. Wessler
W. Gerry Wessler
Attorneys for Creditor
1624 24th Avenue
Gulfport, Mississippi 39501
(228) 863-3686
william@wesslerbankruptcy.com