_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **TANYA SUE KREBS** | **CASE NO. 21-50698-KMS** |

### ORDER RELEASING EARNINGS OF DEBTOR
**TANYA SUE KREBS (SSN # XXX-XX-5310)**

THE ORDER **(Dkt. 16)** heretofore entered in these proceedings by which the debtor's employer:

**ARMED FORCES RETIREMENT HOME**
**1800 BEACH DRIVE**
**GULFPORT, MS 39507**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE
PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**