# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:   TANYA SUE KREBS, Debtor**               **Case No. 21-50698-KMS**
                                                            **Chapter 13**

### DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H.  I have made all payments required by my confirmed Chapter 13 plan.

2.  Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Tanya Sue Krebs**                                              **06/18/2026**
Tanya Sue Krebs                                                                    Date

**/s/ Thomas C. Rollins, Jr.**                                              **06/22/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469                      Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3.  Mailing address for filing responses:

Jackson Office:                                        Gulfport Divisional Office:
Danny L. Miller, Clerk                              Danny L. Miller, Clerk
United States Bankruptcy Court                United States Bankruptcy Court
Thad Cochran US Courthouse                  Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                         2012 15th St, Suite 244
Jackson, MS 39201                                   Gulfport, MS 39501

## CERTIFICATE OF SERVICE

On June 22, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TANYA SUE KREBS

CASE NO: 21-50698-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/22/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/22/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TANYA SUE KREBS

CASE NO: 21-50698-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/22/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/22/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-50698-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
MON JUN 22 10-4-29 PST 2026

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501-2036~~

FIRST CONSUMERS FINANCIAL
CO WESSLER LAW FIRM
PO BOX 175
GULFPORT  MS 39502-0175

ACIMA CREDIT
9815 SOUTH MONROE ST
4TH FLOOR
SANDY  UT 84070-4384

GULF COAST COMMUNITY FEDERAL CREDIT UNION
BYRD  WISER
PO BOX 1939
BILOXI  MS 39533-1939

AFFIRM  INC
PO BOX 720
SAN FRANCISCO  CA 94104-0720

BANK OF MISSOURI
VERVENT CARD
2700 S LORRAINE PLACE
SIOUX FALLS  SD 57106-3657

CREDIT FIRST NA
PO BOX 818011
CLEVELAND OHIO 44181-8011

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
CAPITAL ONE BANK USA  NA
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONEWALMART
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CREDIT FIRST NATIONAL
PO BOX 81315
CLEVELAND  OH 44181-0315

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS  NV 89193-8872

ENTERPRISE
PO BOX 405738
ATLANTA  GA 30384-5738

FINGERHUT
13300 PIONEER TRAIL
EDEN PRAIRIE  MN 55347-4120

FIRST CONSUMER
2219 OASS RD
STE A
GULFPORT  MS 39501

FIRST CONSUMER FINANCI
2210 PASS ROAD
SUITE A
GULFPORT  MS 39501-4905

FIRST ELECTRONIC BANK
PO BOX 4499
BEAVERTON  OR 97076-4499

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS  SD 57104-4868

GEICO
PO BOX 55126
BOSTON  MA 02205-5126

GENESIS BANKCARD
PO BOX 4499
BEAVERTON  OR 97076-4499

GULF COAST COMMUNITY F
12364 HIGHWAY 49
GULFPORT  MS 39503-2741

GULF COAST COMMUNITY FEDERAL CREDIT UNION
GULF COAST COMMUNITY FCU
12364 HIGHWAY 49
GULFPORT  MS 39503-2741

INDIGO
PO BOX 205458
DALLAS  TX 75320-5458

KEESLER FEDERAL CREDIT UNION
ATTEN BANKRUPTCY
PO BOX 7001
BILOXI  MS 39534-7001

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT MS 39502-1810

NELNET
PO BOX 82561
LINCOLN NE 68501-2561

PLANET FITNESS
2390 PASS RD
BILOXI MS 39531-2236

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

PURCHASING POWER
1375 PEACHTREE STREET
SUITE 500
ATLANTA GA 30309-3109

PURCHASING POWER LLC
BANKRUPTCY DEPT
2727 PACES FERRY ROAD SE
BLDG 2 SUITE 1200
ATLANTA GA 30339-6199

QUANTUM3 GROUP LLC AS AGENT FOR
GENESIS FS CARD SERVICES INC
PO BOX 788
KIRKLAND WA 98083-0788

ROBERT ALAN BYRD
BYRD WISER
FOR GULF COAST COMMUNITY CREDIT UNION
PO BOX 1939
BILOXI MS 39533-1939

TOTAL VISA
PO BOX 89940
SIOUX FALLS SD 57109-6940

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST SUITE 201
LINCOLN NE 68508-1911

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6 430~~
~~JACKSON MS 39201 5022~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG MS 39401-3836

DEBTOR

TANYA SUE KREBS
1046 CAMP AVE
GULFPORT MS 39501-2420

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236 3767~~

~~EXCLUDE~~
~~(P)WARREN A CUNTZ T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505 3749~~