United States Bankruptcy Court

Southern District of Mississippi

In re: | Case No. 21-50698-KMS

Tanya Sue Krebs

Debtor

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 3

Date Rcvd: Jul 17, 2026 | Form ID: 3180W | Total Noticed: 36

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanya Sue Krebs, 1046 Camp Ave, Gulfport, MS 39501-2420 |
| cr | + | First Consumers Financial, c/o Wessler Law Firm, P.O. Box 175, Gulfport, MS 39502-0175 |
| cr | + | Gulf Coast Community Federal Credit Union, Byrd & Wiser, PO Box 1939, Biloxi, MS 39533-1939 |
| 5011164 | | Enterprise, P.O. Box 405738, Atlanta, GA 30384-5738 |
| 5011166 | | First Consumer, 2219 Oass Rd, Ste A, Gulfport, MS 39501 |
| 5011167 | + | First Consumer Financi, 2210 Pass Road, Suite A, Gulfport, MS 39501-4905 |
| 5011175 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5011177 | + | Planet Fitness, 2390 Pass Rd, Biloxi, MS 39531-2236 |
| 5012463 | + | Robert Alan Byrd, Byrd & Wiser, For Gulf Coast Community Credit Union, P.O. Box 1939, Biloxi, MS 39533-1939 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5011158 | + | Email/Text: bankruptcy@acima.com | Jul 17 2026 19:47:00 | Acima Credit, 9815 South Monroe St, 4th Floor, Sandy, UT 84070-4384 |
| 5011159 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 17 2026 19:48:28 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 5015446 | + | EDI: TCISOLUTIONS.COM | Jul 17 2026 23:45:00 | Bank of Missouri, Vervent Card, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5011935 | + | EDI: CRFRSTNA.COM | Jul 17 2026 23:45:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 5011160 | + | EDI: CAPITALONE.COM | Jul 17 2026 23:45:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5017327 | + | EDI: AIS.COM | Jul 17 2026 23:45:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5017328 | + | EDI: AIS.COM | Jul 17 2026 23:45:00 | Capital One N.A., by American InfoSource as agent, Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5011161 | + | EDI: CAPITALONE.COM | Jul 17 2026 23:45:00 | Capital One/Walmart, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5011162 | | EDI: CRFRSTNA.COM | Jul 17 2026 23:45:00 | Credit First National, PO Box 81315, Cleveland, OH 44181-0315 |
| 5011163 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 17 2026 19:48:14 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5011165 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 17 2026 19:48:14 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5011168 | + | EDI: PHINGENESIS | Jul 17 2026 23:45:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 5011169 | + | EDI: AMINFOFP.COM | | |

District/off: 0538-6 | User: mssbad | Page 2 of 3
Date Rcvd: Jul 17, 2026 | Form ID: 3180W | Total Noticed: 36

| | | | |
|---|---|---|---|
| | | Jul 17 2026 23:45:00 | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5011170 | + EDI: CCS.COM | | |
| 5011171 | + EDI: PHINGENESIS | Jul 17 2026 23:45:00 | Geico, P.O. Box 55126, Boston, MA 02205-5126 |
| | | Jul 17 2026 23:45:00 | Genesis BankCard, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5011172 | + Email/Text: msd@gcc-fcu.com | | |
| | | Jul 17 2026 19:48:00 | Gulf Coast Community F, 12364 Highway 49, Gulfport, MS 39503-2741 |
| 5012269 | + Email/Text: msd@gcc-fcu.com | | |
| | | Jul 17 2026 19:48:00 | Gulf Coast Community Federal Credit Union, Gulf Coast Community FCU, 12364 Highway 49, Gulfport, MS 39503-2741 |
| 5011173 | + EDI: PHINGENESIS | | |
| | | Jul 17 2026 23:45:00 | Indigo, P.O. Box 205458, Dallas, TX 75320-5458 |
| 5011174 | + Email/Text: melissa.martin@kfcu.org | | |
| | | Jul 17 2026 19:47:00 | KEESLER FEDERAL CREDIT UNION, ATTEN: BANKRUPTCY, PO BOX 7001, BILOXI, MS 39534-7001 |
| 5024882 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 17 2026 19:48:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5011176 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jul 17 2026 19:47:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5016493 | + EDI: JEFFERSONCAP.COM | | |
| | | Jul 17 2026 23:45:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5011178 | + Email/Text: bankruptcy@purchasingpower.com | | |
| | | Jul 17 2026 19:48:00 | Purchasing Power, 1375 Peachtree Street, Suite 500, Atlanta, GA 30309-3109 |
| 5019425 | + Email/Text: bankruptcy@purchasingpower.com | | |
| | | Jul 17 2026 19:48:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6199 |
| 5016529 | EDI: Q3G.COM | | |
| | | Jul 17 2026 23:45:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5011179 | + EDI: TCISOLUTIONS.COM | | |
| | | Jul 17 2026 23:45:00 | Total Visa, P.O. Box 89940, Sioux Falls, SD 57109-6940 |
| 5011825 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jul 17 2026 19:47:00 | US Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026 | Signature: | /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jul 17, 2026 | Form ID: 3180W | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Jennifer A Curry Calvillo

on behalf of Debtor Tanya Sue Krebs jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Robert Alan Byrd

on behalf of Creditor Gulf Coast Community Federal Credit Union rab@byrd-wiser.com
wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr

on behalf of Debtor Tanya Sue Krebs trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com

William P. Wessler

on behalf of Creditor First Consumers Financial william@wesslerbankruptcy.com


TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tanya Sue Krebs** | Social Security number or ITIN   **xxx–xx–5310** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **21−50698−KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Tanya Sue Krebs**

Dated: <u>7/17/26</u>

**By the court:**     <u>/s/Katharine M. Samson</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**